155 So. 633

### Simon POOL v. PROTECTIVE LIFE INS. CO.

#### 6 Div. 603.

Supreme Court of Alabama.
Jan. 21, 1934.

W. Emmett Perry and Caesar B. Powell, both of Birmingham, for petitioner.

Cabaniss & Johnston and L. D. Gardner, Jr., all of Birmingham, opposed.

PER CURIAM.

Petition of Simon Pool for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Pool v. Protective Life Ins. Co., 155 So. 631.

Writ denied.

THOMAS, BOULDIN, BROWN, and FOSTER, JJ., concur.